**Entered on Docket
February 15, 2007**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: February 14, 2007**

_____
**LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                                    No. 06-41904 T
                                                         Chapter 11
MARIA SOUZA AND GENE SOUZA,

        Debtor.
_____/

**MEMORANDUM RE DEBTOR'S DISCLOSURE STATEMENT AND PLAN**

    The Court has reviewed the Debtors' Disclosure Statement and Plan, which was filed by Debtors on February 9, 2007. The Court is willing to conditionally approve the disclosure statement and directs the Debtors to submit a proposed form of order to that effect and scheduling a combined hearing on final approval and confirmation after conferring with the Court's calendar clerk to determine the date and time of the combined hearing. The proposed order should also give notice of the deadlines for submitting votes on the plan and/or objections to the disclosure statement or confirmation: i.e., one week before the hearing date.

    Before mailing the Debtors' Disclosure Statement and Plan, the Debtors are directed to clarify the time frame for payment of the claim of Valley Community Bank at the bottom of page 7. The current

language makes no sense.  The Court also directs the Debtors to file a confirmation memorandum at least one week before the hearing.  The memorandum should address the Debtors' ability to confirm a plan that proposes to cure a default on a lease claim after an unlawful detainer judgment has been entered over a one year period from confirmation.  The memorandum should address both the effect of 11 U.S.C. § 365 and 11 U.S.C. § 108(b).

END OF DOCUMENT

COURT SERVICE LIST

Craig K. Welch
Welch & Olrich, LLP
809 Petaluma Blvd. North
Petaluma, CA 94952

Ernie Zachary Park
Bewley, Lassleben and Miller
13215 E. Penn St., Ste. 510
Whittier, CA 90602

Daniel L. Egan
Wilke, Fleury, Hoffelt, Gould & Birney, LLP
400 Capitol Mall, 22nd Floor
Sacramento, CA 95814